UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PETER J. MANCUS,                    No. 2:03-cv-00909-MCE-KJM

    Plaintiff,

  v.                                  ORDER

SCOTT MAYBERRY, et al.,

    Defendants.

----oo0oo----

    Plaintiff's Complaint in this matter, which alleges violations of Plaintiff's constitutional rights under 42 U.S.C. § 1983, was filed more than four years ago, on May 2, 2003. Simultaneously with the filing of the Complaint the Court issued its Order Requiring Joint Status Report, directing the Plaintiff to complete service of process on all parties within one hundred and twenty (120) days of the filing of the complaint.  Plaintiff was further directed to include a copy of the Court's Order, which went on to require that a Joint Status Report be submitted within sixty (60) days following service.

///

1

After no activity of any kind on the above-referenced matter had occurred since the day of its filing, the Court issued a Minute Order, dated September 20, 2006, reminding Plaintiff of the requirements of its May 2, 2003 Order.  Plaintiff was advised that his continued failure to file a Joint Status Report could result in the imposition of sanctions, including potential dismissal of his action.

While Plaintiff responded by letter dated October 13, 2006 and attempted to excuse his failure to comply with the court-mandated deadlines, now another nine months has passed with no indication of service of process, let alone filing of a Joint Status Report.

Federal Rule of Civil Procedure 4(m) allows the Court, on its own initiative, to dismiss an action without prejudice if service of the summons and complaint has not been made upon a defendant within one hundred and twenty (120) days.  Plaintiff was advised many months ago that the action was subject to dismissal if the case was not served and a Joint Status Report submitted.  Consequently this case is hereby DISMISSED, without prejudice.  The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: July 17, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE